1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KAREEM J. HOWELL,                        No.  2:16-cv-0620-EFB P

12                    Plaintiff,

13        v.                                  ORDER

14   D. TRAN, et al.,

15                    Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  He requests a second extension of time to file his amended complaint pursuant to

19   the court's October 5, 2017 order.

20        Plaintiff's request (ECF No. 14) is granted and plaintiff has 30 days from the date this

21   order is served to file his amended complaint.

22        So ordered.

23   Dated:  December 14, 2017.

24                                            EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28